IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| BRIAN HENRY RITTER, )<br>　)<br>　　Plaintiff, )<br>　)<br>　v. )<br>　)<br>STEVEN T. SPEAKMAN, Judge, )<br>et al., )<br>　)<br>　　Defendants. ) | CIVIL ACTION NO.<br>3:23cv485-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate at the Lee County Detention Center, filed this lawsuit against the state-court judges, prosecutor, and appointed defense attorneys involved in his pending state criminal case, as well as a law-enforcement officer, contending that they have violated or are violating his constitutional rights in connection with his no-bond status and plea agreement.  Plaintiff seeks both compensatory damages and immediate release.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's

case be dismissed with prejudice.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

DONE, this the 21st day of September, 2023.

                                      /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**